UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 6:18-cr-014 |
| v. ) | |
| ) | |
| DYLAN ANTHONY DAVIS ) | |

## ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the indictment is GRANTED.

The above-referenced indictment against Defendant Dylan Anthony Davis is hereby dismissed without prejudice.

So ORDERED, this **19th** day of **December** 2018.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA